# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI65 | E2307826 | J. Johnny | 1938 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 5/13/224 1543 | MCLA 750.167 |

Place of Offense: Detroit Metropolitan Airport

Offense Description: Disordly Person

### DEFENDANT INFORMATION
Phone: 321-576-1753

Last Name: Geib
First Name: Andrew

[remaining defendant info redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refused to Sign

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 13, 2024 while exercising my duties as a law enforcement officer in the Eastern District of Michigan

I was notified of a drunk and disorderly person onboard Delta Flight 97. The person was identified as Andrew Geib. Geib had to be cut by Law Enforcement due to his conduct during the flight. While interacting with Customs and Border Protection Officers Geib was witnessed physically shoving his wife. Geib was also verbally aggressive with CBP officers. Geib approached a CBP supervisor and balled his hand into a fist. At that time Geib was placed in handcuffs. Geib remained disorderly by screaming and hitting his hands on the holding cell bench.

Geib was issued this citation and released.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/13/24
Date (mm/dd/yyyy)   Officer Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident